In the Matter of the Application of JAMES R. ASHLEY, Appellant, against WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

In the Matter of the Application of MULTIPLEX GARAGES, INC., Appellant, against WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*New York city — building zones — erection of group of individual garages not within rule prohibiting the erection of garages to contain more than five cars.*

*In re Ashley* v. *Walsh,* 213 App. Div. 155, reversed.
*In re Multiplex Garages, Inc.,* v. *Walsh,* 213 App. Div. 155, reversed.
(Argued October 7, 1925; decided October 27, 1925.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1925, which reversed an order of Special Term sustaining an order of certiorari and annulling a determination of the board of appeals of the city of New York which revoked certain permits issued by the superintendent of buildings in the borough of The Bronx for the erection and maintenance of a number of individual garages under a provision of the Building Zone resolution prohibiting the erection of a garage for more than five vehicles. It was held that the group of buildings was in effect a single garage for the storage of fifty-six cars.

*Henry S. Mansfield* for appellants.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien* and *William T. Kennedy* of counsel), for respondents.

In each case order of the Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, on dissenting opinion of MERRELL, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.